# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| TIFFANY'S BOUTIQUE, CORP., | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 16-cv-62955-WJZ |
| AMUSE, LLC d/b/a AMUSE SOCIETY, a California corporation, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AMUSE, LLC d/b/a AMUSE SOCIETY
registered agent: Bryan M. Friedman
19800 MacArthur Blvd., Ste. 1100
Irvine, CA 92612-2425

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Nolan K. Klein, Esquire, and Jordan Richards, Esquire
Law Offices of Nolan Klein, P.A.
One East Broward Blvd., Ste. 1500
Fort Lauderdale, FL 33301
Ph: 954-745-0588

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**SUMMONS**

Date: 12/16/2016

Steven M. Larimore
Clerk of Court

*s/ Faithtrina Stinson*
Deputy Clerk
U.S. District Courts